# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Calvin Leonard Davis | ) Case No: CR401-00188-001 |
| | ) USM No: 10794-021 |
| Date of Previous Judgment: November 28, 2001 | ) Donald B. Lowe, III |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

2008 MAY 29 AM 10: 17

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __124__ months **is reduced to** __108 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __29__            Amended Offense Level: __27__
Criminal History Category: __III__        Criminal History Category: __III__
Previous Guideline Range: __108__ to __135__ months    Amended Guideline Range: __87__ to __108__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __November 28, 2001,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __May 29, 2008__

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia

Effective Date: _____
(if different from order date)                Printed name and title